UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION,<br><br>                              Plaintiff,<br>    v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 23, and DOES 1-500,<br><br>                              Defendants. | No. 09-CV-05286 RJB<br><br>STIPULATED ORDER GRANTING PACIFIC MARITIME ASSOCIATION'S MOTION FOR CONFIRMATION AND ENFORCEMENT OF ARBITRATION AWARD |

      The parties to the above entitled action, by and through the undersigned counsel, hereby stipulate as follows:

      The Coast Arbitrator's award (C-06-2009), a copy of which is attached hereto, is hereby confirmed and enforced. In light of the parties' Stipulation, Pacific Maritime Association's pending Motion for Confirmation and Enforcement of Arbitration Award [Dkt #2] is withdrawn.

      IT IS SO ORDERED this 8th day of June, 2009.

                                                /s/ Ronald B. Leighton
                                              RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE

[Proposed] ORDER - 1
No. 09-CV-05286 RBL

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

Presented by:

s/Robert H. Lavitt_____
Lawrence Schwerin, WSBA # 4360
Robert H. Lavitt, WSBA # 27758
Schwerin Campbell Barnard Iglitzin & Lavitt, LLP
18 W Mercer St, Suite 400
Seattle, WA 98119
(206) 285-2828
(206) 378-4132
Schwerin@workerlaw.com
Lavitt@workerlaw.com

s/Richard F. Liebman_____
Richard F. Liebman, WSBA #36019
Barron Liebman LLP
601 SW Second Ave, Suite 2300
Portland, OR 97204-3159
Tel: 503-276-2148
Fax: 503-274-1212
rliebman@barron.com

s/April Upchurch Olsen_____
Clemens H. Barnes, WSBA # 4905
April Upchurch Olsen, WSBA # 31910
Graham & Dunn, PC
2801 Alaskan Way, Ste 300
Seattle, WA 98121-1128
Tel: 206-624-8300
Fax: 206-340-9599
Email: cbarnes@grahamdunn.com
Email: aolsen@grahamdunn.com

[Proposed] ORDER - 2
No. 09-CV-05286 RBL

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828