The Honorable Ronald B. Leighton

09-CV-05286-ORD

FILED _____ LODGED
_____ RECEIVED

JUN 19 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PACIFIC MARITIME ASSOCIATION,

      Plaintiff,

v.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 23, and DOES 1-500,

      Defendants.

No. 09-CV-05286 RBL

STIPULATED ORDER GRANTING PACIFIC MARITIME ASSOCIATION'S MOTION FOR CONFIRMATION AND ENFORCEMENT OF JOINT COAST LABOR RELATIONS COMMITTEE DECISION 10-09

The parties to the above entitled action, by and through the undersigned counsel, hereby stipulate as follows:

Decision 10-09 of the Joint Coast Labor Relations Committee, a copy of which is attached hereto, is hereby confirmed and enforced. In light of the parties' Stipulation, Pacific Maritime Association's pending Motion Confirming and Enforcing Decision of JCLRC [Dkt #6] is withdrawn.

DATED: June 19, 2009

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE

[Proposed] ORDER - 1
No. 09-CV-05286 RBL

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | |
| | s/Lawrence Schwerin |
| 4 | Lawrence Schwerin, WSBA # 4360 |
| | Robert H. Lavitt, WSBA # 27758 |
| 5 | Schwerin Campbell Barnard Iglitzin & Lavitt, LLP |
| | 18 W Mercer St, Suite 400 |
| 6 | Seattle, WA 98119 |
| | (206) 285-2828 |
| 7 | (206) 378-4132 |
| 8 | Schwerin@workerlaw.com |
| | Lavitt@workerlaw.com |
| 9 | |
| | s/Richard F. Liebman |
| 10 | Richard F. Liebman, WSBA #36019 |
| | Barron Liebman LLP |
| 11 | 601 SW Second Ave, Suite 2300 |
| 12 | Portland, OR 97204-3159 |
| | Tel: 503-276-2148 |
| 13 | Fax: 503-274-1212 |
| | rliebman@barron.com |
| 14 | |
| 15 | s/Clemens H. Barnes |
| | Clemens H. Barnes, WSBA # 4905 |
| 16 | April Upchurch Olsen, WSBA # 31910 |
| | Graham & Dunn, PC |
| 17 | 2801 Alaskan Way, Ste 300 |
| | Seattle, WA 98121-1128 |
| 18 | Tel: 206-624-8300 |
| 19 | Fax: 206-340-9599 |
| | Email: cbarnes@grahamdunn.com |
| 20 | Email: aolsen@grahamdunn.com |

[Proposed] ORDER - 2
No. 09-CV-05286 RBL

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

# MINUTES OF THE SPECIAL MEETING OF THE
## COAST LABOR RELATIONS COMMITTEE

Meeting No. 10-09

| | |
|---|---|
| Time: | Thursday, May 21, 2009 – 1:30 p.m. |
| Place: | Pacific Maritime Association<br>555 Market Street, Third Floor<br>San Francisco, CA 94105 |

Present:   For the Union                  For the Employers

            R. McEllrath                  J. McKenna
            R. Ortiz, Jr.                 S. Hennessey
            L. Sundet                     R. Marzano

Also Present:   K. Donovan

The Committee met at the request of the Employers under Section 17.2611 to discuss the May 18, 2009 decision by Area Arbitrator Randy Vekich and Area Award PSAA-20-2009.

After much discussion, and upon full review of the PSAA-20-2009 transcript, coupled with the Area Arbitrator's analysis, the Parties agreed that a slowdown, in violation of Section 11.1 of the PCL&CA, existed against the MV HORIZON TACOMA on May 13, 2009. Accordingly, PSAA-20-2009 is vacated in keeping with the aforementioned agreement.

The Committee further agreed that absent joint agreement to do otherwise, that under Section 17.2611 the CLRC shall discuss formal Area Arbitration Awards within 24 hours of their issuance. Neither party shall have the right to unilaterally cause the delay in the grievance handling of issues brought under the expedited appeal process (Ref. 17.2611 and 17.631).

The Committee agreed that a failure to appeal a Section 11.1 work stoppage or lockout decision under 17.631 prohibits the challenging party from using the expedited process under 17.2611, but that choice does not necessarily bar the formalization and appeal of a Section 11.1 decision in accordance with the normal appeal procedures. In such case, the hearing before the Coast Arbitrator shall be in keeping with Section 17.261, PCL&CA.

Date Signed: 5/28/09                           Date Signed: 5/28/09

For the Union:                                  For the Employers: